UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DSSI, LLC, *et al.*,

    Plaintiffs,

v.

ADIENT GLOBAL HOLDINGS, LTD., *et al.*,

    Defendants.

Case No. 21-cv-11632
Hon. Matthew F. Leitman

_____/

## ORDER TERMINATING PLAINTIFFS' MOTION TO DISMISS DEFENDANTS' COUNTERCLAIM (ECF No. 10) AS MOOT

On September 17, 2021, Plaintiffs DSSI, LLC, and DSSI International, LLC filed a motion to dismiss Defendants' Counterclaim. (*See* Mot., ECF No. 10.) Since the filing of that motion, Defendants filed a First Amended Counterclaim (*See* First Am. Counterclaim, ECF No. 14), and Plaintiffs filed a new motion to dismiss directed at that Amended Counterclaim (*see* Mot., ECF No. 16.) Plaintiffs' initially-filed motion to dismiss is therefore moot. Accordingly, The Court **TERMINATES** DSSI's initial motion to dismiss (ECF No. 10) without prejudice.

    **IT IS SO ORDERED.**

Dated:  February 3, 2022

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 3, 2022, by electronic means and/or ordinary mail.

             s/Holly A. Ryan
             Case Manager
             (313) 234-5126